UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO et al.,

                Petitioners,

-v.-

PREMIER PAINTING, DECORATING & FINISHING, LLC,

                Respondent.

24 Civ. 8208 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

On October 29, 2024, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition by **November 11, 2024**. Respondent's opposition, if any, is due on **November 25, 2024**. Petitioners' reply, if any, is due **December 2, 2024**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **November 11, 2024** and shall file an affidavit of such service with the court no later than **November 12, 2024**.

SO ORDERED.

Dated: October 31, 2024
       New York, New York

                                          */s/ Jennifer H. Rearden*
                                          JENNIFER H. REARDEN
                                          United States District Judge